UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22cr156 KKM-CPT

JORDAN PATRICK LEAHY   18 U.S.C. § 245(b)(2)(B)

## INDICTMENT

The Grand Jury charges:

### Introduction

At times material to this Indictment:

1. Seminole, Florida was a subdivision of the State of Florida.

2. Starkey Road was a public road in Pinellas County, and was administered by the State of Florida or its subdivision.

3. J.T., a Black male, was driving along Starkey Road to visit family in Clearwater, Florida. B.P.M., his girlfriend, and A.T., his daughter, were passengers in the car.

### COUNT ONE
(Interference with Federally Protected Activities)

On or about August 8, 2021, in the Middle District of Florida, the defendant,

JORDAN PATRICK LEAHY,

did, using force and threat of force, willfully intimidate and interfere with J.T., and attempt to injure, intimidate, and interfere with J.T., because of J.T.'s race and color, and because J.T. was enjoying a facility provided and administered by the State of

Florida and its subdivision, that is, Starkey Road. Such acts included the use, attempted use, and threatened use of a dangerous weapon, that is, a vehicle.

In violation of 18 U.S.C. § 245(b)(2)(B).

## COUNT TWO
### (Interference with Federally Protected Activities)

On or about August 8, 2021, in the Middle District of Florida, the defendant,

JORDAN PATRICK LEAHY,

did, using force and threat of force, willfully attempt to injure, intimidate, and interfere with J.T., because of J.T.'s race and color, and because J.T. was enjoying a facility provided and administered by the State of Florida and its subdivision, that is, Starkey Road.

In violation of 18 U.S.C. § 245(b)(2)(B).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney

By: _____
David Reese
Trial Attorney
Civil Rights Division
U.S. Department of Justice

By: _____
Laura-Kate Bernstein
Trial Attorney
Civil Rights Division
U.S. Department of Justice

By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

3

FORM OBD-34
April 22

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JORDAN PATRICK LEAHY

## INDICTMENT

Violations: 18 U.S.C. § 245(b)(2)(B)

A true bill,

███████████████████████
_____
                Foreperson

Filed in open court this 28th day of April 2022.

_____
                Clerk

Bail $_____

GPO 863 525